UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   LULIAS, FAY | § | Case No. 11-36883 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/27/2012 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/15/2012     By:   /s/Glenn R. Heyman
                                   Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: LULIAS, FAY | § | Case No. 11-36883 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,970.00 |
| *and approved disbursements of* | $ | 150.79 |
| *leaving a balance on hand of* [1] | $ | 6,819.21 |
| **Balance on hand:** | $ | 6,819.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 6,819.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,447.00 | 0.00 | 1,447.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,391.00 | 0.00 | 2,391.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 11.92 | 0.00 | 11.92 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,849.92 |
| Remaining balance: | $ | 2,969.29 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,969.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,969.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,962.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group agent for World Financial Network Nat'l Bank | 668.77 | 0.00 | 90.42 |
| 2 | Quantum3 Group agent for World Financial Network Nat'l Bank | 303.02 | 0.00 | 40.97 |
| 3 | Sallie Mae | 15,035.71 | 0.00 | 2,032.82 |
| 4 | Capital One, N.A. | 1,224.45 | 0.00 | 165.54 |
| 5 | Westbrook West Condominium Association | 4,730.37 | 0.00 | 639.54 |

Total to be paid for timely general unsecured claims: $ 2,969.29
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN
                              Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-36883-JBS
Fay Lulias                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: gbeemster            Page 1 of 2            Date Rcvd: Aug 16, 2012
                                Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2012.

```
db         +Fay Lulias,   17730 64th Court,   Tinley Park, IL 60477-4367
17779221   +Bank Financial,   5140 Main St.,   Downers Grove, IL 60515-4610
18124663   +Capital One,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
17779214   +Citi Cards/Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
17779220   +Good Samaritan Hospital,   POB 93548,   Chicago, IL 60673-3548
17779212   +Harris Bank,   PO Box 94034,   Palatine, IL 60094-4034
18089712   +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
17779216   +Sallie Mae,   11100 USA Pkwy,   Fishers, IN 46037-9203
18535738   +US Bank National Association,   Burke Costanza & Carberry LLP,   9191 Broadway,
             Merrillville, IN 46410-7043
17779219  ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,   POB 790298,   St. Louis, MO 63179)
17779213   +Vanguard Comm Mgmt,   c/o Keay & Costello, PC,   128 South County Farm Rd,
             Wheaton, IL 60187-2400
17779218   +Victorias Secret,   PO Box 182789,   Columbus, OH 43218-2789
17779217   +WFNNB/Express,   PO Box 182789,   Columbus, OH 43218-2789
17779211   +Wells Fargo Home Mtge,   PO Box 10335,   Des Moines, IA 50306-0335
18247490   +Westbrook West Condominium Association,   c/o Keay & Costello, P.C.,   128 South County Farm Road,
             Wheaton, Illinois 60187-2400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17779215   +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2012 01:56:06      Kohls/Chase,   PO Box 3115,
             Milwaukee, WI 53201-3115
18049799    E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2012 02:02:30
             Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2012**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster              Page 2 of 2                  Date Rcvd: Aug 16, 2012
                              Form ID: pdf006              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2012 at the address(es) listed below:
          Glenn R Heyman    on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
           slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          James N Pappas    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION as Trustee for the
           registered holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed
           Certificates, Series 2007-WMC1 pappas@bcclegal.com,
           mavropodis@bcclegal.com;trainor@bcclegal.com;pluister@bcclegal.com
          Jose G Moreno    on behalf of Creditor   Wells Fargo Bank, NA successor by merger to Wells Fargo
           Home Mortgage, Inc. nd-one@il.cslegal.com
          Martin J O'Hearn    on behalf of Debtor Fay Lulias martinohearnlaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                   TOTAL: 6