# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LULIAS, FAY | § | Case No. 11-36883 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $56,670.00 *(without deducting any secured claims)* | Assets Exempt: $20,530.00 |
| Total Distribution to Claimants: $2,969.29 | Claims Discharged Without Payment: $40,643.20 |
| Total Expenses of Administration: $4,000.71 | |

3)  Total gross receipts of $      6,970.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $           0.00      (see **Exhibit 2** ), yielded net receipts of $6,970.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,762.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,000.71 | 4,000.71 | 4,000.71 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,621.96 | 21,962.32 | 21,962.32 | 2,969.29 |
| **TOTAL DISBURSEMENTS** | $142,383.96 | $25,963.03 | $25,963.03 | $6,970.00 |

4) This case was originally filed under Chapter 7 on September 09, 2011. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/03/2012              By:  /s/GLENN R. HEYMAN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Toyota Solara (76,500 miles, in 2 accidents | 1129-000 | 6,970.00 |
| **TOTAL GROSS RECEIPTS** | | $6,970.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mtge | 4110-000 | 70,526.00 | N/A | N/A | 0.00 |
| NOTFILED | Vanguard Comm Mgmt | 4110-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 45,036.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $119,762.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,447.00 | 1,447.00 | 1,447.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,391.00 | 2,391.00 | 2,391.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 11.92 | 11.92 | 11.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 0.79 | 0.79 | 0.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,000.71 | $4,000.71 | $4,000.71 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group agent for World Financial Network | 7100-000 | 668.77 | 668.77 | 668.77 | 90.42 |
| 2 | Quantum3 Group agent for World Financial Network | 7100-000 | 303.02 | 303.02 | 303.02 | 40.97 |
| 3 | Sallie Mae | 7100-000 | N/A | 15,035.71 | 15,035.71 | 2,032.82 |
| 4 | Capital One,N.A. | 7100-000 | N/A | 1,224.45 | 1,224.45 | 165.54 |
| 5 | Westbrook West Condominium Association | 7100-000 | N/A | 4,730.37 | 4,730.37 | 639.54 |
| NOTFILED | Sallie Mae | 7100-000 | 1,504.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 2,920.00 | N/A | N/A | 0.00 |

| NOTFILED | Good Samaritan Hospital | 7100-000 | 1,220.57 | N/A | N/A | 0.00 |
| NOTFILED | Von Maur | 7100-000 | 207.65 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 2,932.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Financial | 7100-000 | 470.50 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's/Chase | 7100-000 | 1,264.45 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 7,621.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards/Citibank | 7100-000 | 3,510.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,621.96 | $21,962.32 | $21,962.32 | $2,969.29 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-36883 | Trustee:    (330360)    GLENN R. HEYMAN |
| Case Name:    LULIAS, FAY | Filed (f) or Converted to (c):    09/09/11 (f) |
| | §341(a) Meeting Date:    10/05/11 |
| Period Ending: 12/03/12 | Claims Bar Date:    02/09/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Condominium 4220 Saratoga Avenue, Unit I 309 Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: Condominium 4220 Saratoga Avenue, Unit I 309, Downers Grove, IL 60515 | 55,000.00 | 40,000.00 | DA | 0.00 | FA |
| 2 | Funds in Debtor's possession Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: Funds in Debtor's possession | 20.00 | 20.00 | DA | 0.00 | FA |
| 3 | Funds in Debtor's bank Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: Funds in Debtor's bank | 250.00 | 250.00 | DA | 0.00 | FA |
| 4 | Furniture and appliances in Debtor's residence Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: Furniture and appliances in Debtor's residence | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | Clothing Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Ring and Earrings Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: Ring and Earrings | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | 2006 Toyota Solara (76,500 miles, in 2 accidents Orig. Asset Memo: Imported from original petition Doc# 1;Orig. Description: 2006 Toyota Solara (76,500 miles, in 2 accidents, dents/scratches, needs tires) | 12,950.00 | 7,820.00 | | 6,970.00 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$69,620.00** | **$49,090.00** | | **$6,970.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: Debtor is paying settlement on Ttee RTI of vehicle in monthly installments.

08/15/12: Final Hg set for 09/27 at 10:30 in front of J-Schmetterer (dk)

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 11-36883 | **Trustee:**  (330360)  GLENN R. HEYMAN |
| **Case Name:** LULIAS, FAY | **Filed (f) or Converted (c):** 09/09/11 (f) |
| | **§341(a) Meeting Date:** 10/05/11 |
| **Period Ending:** 12/03/12 | **Claims Bar Date:** 02/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   February 28, 2013          **Current Projected Date Of Final Report (TFR):**   August 8, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-36883 | |
| Case Name: | LULIAS, FAY | |
| | | |
| Taxpayer ID #: | **-***6420 | |
| Period Ending: | 12/03/12 | |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******42-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/11 | {7} | Fay Lulias | First payment of settlement on automobile | 1129-000 | 500.00 | | 500.00 |
| 01/03/12 | {7} | Fay Lulias | Second payment of settlement on automobile | 1129-000 | 500.00 | | 1,000.00 |
| 01/31/12 | {7} | Fay Lulias | Third payment of settlement on automobile | 1129-000 | 500.00 | | 1,500.00 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-36883, Blanket Bond Payment Bond#016026455 | 2300-000 | | 0.79 | 1,499.21 |
| 02/22/12 | {7} | Fay Lulias | Fourth payment of settlement on automobile | 1129-000 | 500.00 | | 1,999.21 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,974.21 |
| 03/27/12 | {7} | Fay Lulias | Fifth payment of settlement on automobile | 1129-000 | 500.00 | | 2,474.21 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,449.21 |
| 04/19/12 | {7} | Fay Lulias | Sixth payment of settlement on automobile | 1129-000 | 500.00 | | 2,949.21 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,924.21 |
| 05/23/12 | {7} | Fay Lulias | Seventh payment of settlement | 1129-000 | 500.00 | | 3,424.21 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,399.21 |
| 06/21/12 | {7} | Fay Lulias | Eighth installment of car payment | 1129-000 | 500.00 | | 3,899.21 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,874.21 |
| 07/18/12 | {7} | Fay Lulias | Final installment of car payment | 1129-000 | 2,970.00 | | 6,844.21 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,819.21 |
| 09/27/12 | 1002 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,447.00, Trustee Compensation;  Reference: | 2100-000 | | 1,447.00 | 5,372.21 |
| 09/27/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,391.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,391.00 | 2,981.21 |
| 09/27/12 | 1004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $11.92, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 11.92 | 2,969.29 |
| 09/27/12 | 1005 | Quantum3 Group agent for World Financial Network Nat'l Bank | Dividend paid  13.51% on $668.77; Claim# 1; Filed: $668.77; Reference: | 7100-000 | | 90.42 | 2,878.87 |
| 09/27/12 | 1006 | Quantum3 Group agent for World Financial Network Nat'l Bank | Dividend paid  13.51% on $303.02; Claim# 2; Filed: $303.02; Reference: | 7100-000 | | 40.97 | 2,837.90 |
| 09/27/12 | 1007 | Sallie Mae | Dividend paid  13.51% on $15,035.71; Claim# 3; Filed: $15,035.71; Reference: | 7100-000 | | 2,032.82 | 805.08 |
| 09/27/12 | 1008 | Capital One,N.A. | Dividend paid  13.51% on $1,224.45; Claim# 4; Filed: $1,224.45; Reference: | 7100-000 | | 165.54 | 639.54 |
| 09/27/12 | 1009 | Westbrook West Condominium Association | Dividend paid  13.51% on $4,730.37; Claim# 5; Filed: $4,730.37; Reference: | 7100-000 | | 639.54 | 0.00 |

| | | | Subtotals : | $6,970.00 | $6,970.00 |
|---|---|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-36883 |
| Case Name: | LULIAS, FAY |
| | |
| Taxpayer ID #: | **-***6420 |
| Period Ending: | 12/03/12 |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******42-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,970.00 | 6,970.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,970.00 | 6,970.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,970.00** | **$6,970.00** | |

| Net Receipts : | 6,970.00 |
|---|---|
| Net Estate : | $6,970.00 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******42-65** | **6,970.00** | **6,970.00** | **0.00** |
| | **$6,970.00** | **$6,970.00** | **$0.00** |